**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LARRY THOMAS<br>SHEILA G THOMAS | Chapter 13 |
| Debtor | Bankruptcy No. 19-16698-AMC |

**ORDER**

AND NOW, this _____ day of _____, 201_, having considered the debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it is hereby

ORDERED that confirmation of debtor's plan is denied.

BY THE COURT

_____
**Ashely M. Chan**
 **BANKRUPTCY JUDGE**

cc:
**Debtor's Attorney:**
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

**Debtor:**
LARRY THOMAS
SHEILA G THOMAS
462 ORCHARD ROAD

KING OF PRUSSIA, PA 19406-

**Chapter 13 Standing Trustee**:
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O., Box 1229
Philadelphia, PA 19105

**U.S. Trustee**:
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107